PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE PING ZHOU,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>USCIS, ET AL.,<br><br>　　　　　　　Defendant. | CASE NO.  2:23-CV-02826 KJN<br><br>STIPULATION AND ORDER FOR TEMPORARY ABEYANCE |

　　　　The Defendants respectfully request to hold this case in temporary abeyance through August 8, 2024, and counsel for Plaintiffs does not oppose.  In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which he filed in 2017.  USCIS has scheduled Plaintiff's asylum interview for April 10, 2024.  The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS will endeavor to do so within 120 days.  If USCIS needs to reschedule Plaintiff's interview, it will endeavor to do so within four weeks.

The parties therefore stipulate that this matter be held in temporary abeyance through August 8, 2024.  The parties further request that all other filing and case management deadlines be similarly vacated.

Respectfully submitted,

Dated:  January 16, 2024

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ CHIEN-YU MICHAEL WANG
CHIEN-YU MICHAEL WANG
Counsel for Plaintiff

ORDER

It is so ordered.

Dated:  January 18, 2024

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

zhou.2826

STIPULATION AND PROPOSED ORDER FOR TEMPORARY ABEYANCE